Eric L. Lewis
A. Katherine Toomey
H. Bradford Glassman
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, D.C. 20004
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

**FILED**
CLERK, U.S. DISTRICT COURT
APR 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**CHAMBER'S COPY**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD HAMAD ALGOSAIBI & BROTHERS COMPANY, Plaintiff(s) v. GLENN STEWART, Defendant(s). | CASE NUMBER: CV-112596 DSF  ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Eric L. Lewis__, of __Baach Robinson & Lewis PLLC  1201 F Street, NW Suite 500, Washington, D.C. 20004__
   *Applicant's Name*     *Firm Name / Address*

__(202) 833-8900__     __eric.lewis@baachrobinson.com__
*Telephone Number*     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant
☐ Intervener or other interested person _____

and the designation of __Jonathan Weissglass, SBN 185008__
*Local Counsel Designee /State Bar Number*

of __Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108__
*Local Counsel Firm / Address*

__(415) 421-7151__     __jweissglass@altber.com__
*Telephone Number*     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☒ DENIED. Fee shall be returned by the Clerk.   See LR 83-2.3.3
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __4-26-11__     __/s/ DSF__
    U. S. District Judge/~~U.S. Magistrate Judge~~