CALDWELL LESLIE & PROCTOR, PC
BENJAMIN B. AU, State Bar No. 237854
*au@caldwell-leslie.com*
ARWEN R. JOHNSON, State Bar No. 247583
*johnson@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

BAACH ROBINSON & LEWIS
ERIC L. LEWIS (*Pro Hac Vice Application Forthcoming*)
*eric.lewis@baachrobinson.com*
A. KATHERINE TOOMEY(*Pro Hac Vice Application Forthcoming*)
*katherine.toomey@baachrobinson.com*
H. BRADFORD GLASSMAN (*Pro Hac Vice Application Forthcoming*)
*brad.glassman@baachrobinson.com*
1201 F. Street, NW, Suite 500
Washington, D.C. 20004
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

Attorneys for Plaintiff
AHMAD HAMAD ALGOSAIBI &
BROTHERS COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

AHMAD HAMAD ALGOSAIBI & BROTHERS COMPANY,

Plaintiff,

v.

GLENN STEWART,

Defendant.

Case No. CV 11-2596 DSF (Ex)

Honorable Dale S. Fischer

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF AHMAD HAMAD ALGOSAIBI & BROTHERS COMPANY**

PLEASE TAKE NOTICE that the following attorneys affiliated with Caldwell Leslie & Proctor, PC appear on behalf of Plaintiff Ahmad Hamad Algosaibi & Brothers Company and respectfully request to be added to the electronic service list in this case:

Benjamin B. Au [au@caldwell-leslie.com]

Arwen R. Johnson [johnson@caldwell-leslie.com]

DATED: May 18, 2011

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
BENJAMIN B. AU
ARWEN R. JOHNSON

By /S/
BENJAMIN B. AU
Attorneys for Plaintiff
AHMAD HAMAD ALGOSAIBI & BROTHERS COMPANY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On May 18, 2011, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF AHMAD HAMAD ALGOSAIBI & BROTHERS COMPANY**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Caldwell Leslie & Proctor, PC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2011, at Los Angeles, California.

Wendy M. Carpenter

**SERVICE LIST**

***Ahmad Hamad Algosaibi & Brothers Company v. Glenn Stewart***

**Case No. CV 11-02596-DSF**

| | |
|---|---|
| James Michael Finberg<br>Jonathan David Weissglass<br>ALTSHULER BERZON LLP<br>177 Post Street<br>Suite 300<br>San Francisco, California 94108<br>Telephone: 415-421-7151<br>Facsimile: 415-362-8064<br>Email: jfinberg@altshulerberzon.com<br>Email:<br>jweissglass@altshulerberzon.com | Attorneys for Plaintiff Ahmad Hamad Algosaibi & Brothers Company |
| Eric L. Lewis<br>A. Katherine Toomey<br>H. Bradford Glassman<br>BAACH ROBINSON & LEWIS<br>1201 F. Street, NW<br>Suite 500<br>Washington, D.C. 20004<br>Telephone: 202-833-8900<br>Facsimile: 202-466-5738<br>Email: eric.lewis@baachrobinson.com<br>Email:<br>katherine.toomey@baachrobinson.com<br>Email:<br>brad.glassman@baachrobinson.com | Attorneys for Plaintiff Ahmad Hamad Algosaibi & Brothers Company |
| Aaron W. Knights<br>Denise Michelle Douglas<br>Haig V. Kalbian<br>Mary M. Baker<br>KALBIAN HAGERTY LLP<br>888 17th Street NW<br>Suite 1000<br>Washington, DC 20006<br>Telephone: 202-223-5600<br>Facsimile: 202-223-6625<br>Email: aknights@kalbianhagerty.com<br>Email: mdouglas@kalbianhagerty.com<br>Email: hkalbian@kalbianhagerty.com<br>Email: mmb@kalbianhagerty.com | Attorneys for Defendant Glenn Stewart |

Alexander S. Frid
Geoffrey A. Neri
Louis R. Miller
MILLER BARONDESS LLP
1999 Avenue of the Stars
Suite 100
Los Angeles, California 90067
Telephone: 310-552-4400
Facsimile: 310-552-8400
Email: sfrid@millerbarondess.com
Email: gneri@millerbarondess.com
Email: smiller@millerbarondess.com

Attorneys for Defendant Glenn Stewart