UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AHMAD HAMAD ALGOSAIBI & )     Case No. CV 11-02596 JGB(Ex)
BROTHERS COMPANY, )
                     )     **JUDGMENT**
          Plaintiff, )
                     )
    v.                 )
                     )
GLENN STEWART,        )
                     )
          Defendant. )
_____ )
                     )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Defendant Glenn Stewart's Counterclaim
against Ahmad Hamad Algosaibi & Brothers Company is
DISMISSED WITH PREJUDICE.  The Court orders that such
judgment be entered.


Dated:  _April 30, 2013_       _____
                                  JESUS G. BERNAL
                     United States District Judge